UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
Mario R. Nunez

Case No.: 17-17677

Judge: VFP

Chapter: 13

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney_____ in this matter. On _____5/19/17_____, a Loss Mitigation Order was entered concerning:

Property:  _____375 Wabash Ave, Paterson, NJ 07503_____

Creditor:  CIT Bank

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on _____8/4/17_____.

For the reason(s) set forth below, the _____debtor_____ hereby requests:

☑ An extension of the Loss Mitigation Period to _____11/4/17_____.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
Debtor submitted a loan modification package almost 2 months ago and the lender has yet to respond. We were informed that the lender had miscommunication on their part and failed to take action. We believe this has prejudiced my client because a timely application was submitted prior to 8/4/17

Dated: 9/8/17

/s/ Benjamin J. Ginter, Esq.
Applicant's signature

*Revised 9/19/13*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Benjamin J. Ginter, Esq<br>34 Forest Ave<br>Cranford, NJ 07016<br>Attorney for Debtor<br><br>In Re:<br>Mario R. Nunez | Case No.: 17-17677<br><br>Chapter: 13<br><br>Judge: VFP |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:   375 Wabash Ave, Paterson, NJ 07503

Creditor:   CIT Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2