UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
Attorney for Debtor

In Re:
Mario R. Nunez

Order Filed on September 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-17677

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 12, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:     375 Wabash Ave, Paterson, NJ 07503

Creditor:     CIT Bank

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____, and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  November 4, 2017 .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2