UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
Attorney for Debtor

In Re:
Mario R. Nunez

Case No.: __17-17677__

Judge: __VFP__

Chapter: __13__

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney_____ in this matter. On ____5/19/17____, a Loss Mitigation Order was entered concerning:

Property:         ____375 Wabash Ave, Paterson, NJ 07503____

Creditor:    CIT Bank

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ____11/4/17____.

For the reason(s) set forth below, the ____debtor____ hereby requests:

☑ An extension of the Loss Mitigation Period to ____12/15/17____.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
Debtor has submitted a loan modification package on the DMM portal. We are currently awaiting a response from the lender.

Dated: 11/10/17

/s/ Benjamin J. Ginter, Esq.
Applicant's signature

*Revised 9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
Attorney for Debtor

In Re:

Mario R. Nunez

Case No.: 17-17677

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:      375 Wabash Ave, Paterson, NJ 07503

Creditor:      CIT Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

2

*Revised 9/19/13*