UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

| | |
|---|---|
| In Re: | Case No.: _____17-17677_____ |
| Mario R. Nunez | Judge: _____VFP_____ |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____,
    creditor,

    A hearing has been scheduled for _____, at _____.


    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.


    ☒ Certification of Default filed by _____Trustee_____,

    I am requesting a hearing be scheduled on this matter.


2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not
    been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes
repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
Debtor has filed a loan modification. An extension for the loss mitigation period
was recently filed. At this point debtor is just waiting for the lender to respond.

3.    This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _11/15/17_____

/s/ Mario R. Nunez_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*