UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
Attorney for Debtor

**Order Filed on November 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mario R. Nunez

Case No.:  _____17-17677_____

Chapter:  _____13_____

Judge:  _____VFP_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 15, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:        375 Wabash Ave, Paterson, NJ 07503 _____

Creditor:        CIT Bank _____

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____,
     and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____,
     and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___12/15/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

Revised 9/19/13