UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
Attorney for Debtor

Order Filed on November 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Mario R. Nunez

Case No.: 17-17677
Chapter: 13
Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 15, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:    375 Wabash Ave, Paterson, NJ 07503

Creditor:    CIT Bank

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___12/15/2017___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Mario R. Nunez  
      Debtor

Case No. 17-17677-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin      Page 1 of 1      Date Rcvd: Nov 16, 2017  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.  
db          Mario R. Nunez,    375 Wabash Ave,    Paterson, NJ    07503-1135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:
           Benjamin Jamie Ginter    on behalf of Debtor Mario R. Nunez gintr316@aol.com
           Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Justin Plean    on behalf of Creditor    CITYBANK, N.A. FKAONEWEST BANK, N.A. FKA ONE WEST BANK, FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
           Madison Wilson    on behalf of Creditor    CITYBANK, N.A. FKAONEWEST BANK, N.A. FKA ONE WEST BANK, FSB mwilson@rasflaw.com
           Marie-Ann Greenberg    magecf@magtrustee.com
           Nicholas Leonetti    on behalf of Creditor    CIT BANK, N.A. NJ_ECF_Notices@BuckleyMadole.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 7