UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
Mario R. Nunez

Case No.: 17-17677
Judge: VFP
Chapter: 13

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the ___attorney___ in this matter. On ___11/15/17___, a Loss Mitigation Order was entered concerning:

Property: ___375 Wabash Ave, Paterson, NJ 07503___

Creditor: ___CIT Bank___

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ___12/15/17___.

For the reason(s) set forth below, the ___debtor___ hereby requests:

☑ An extension of the Loss Mitigation Period to ___2/1/18___.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
Debtor submitted a loan modification application nearly two months ago. The lender continues to request additional information in order to review and determine their acceptance of the application

Dated: 12/20/17

/s/ Benjamin J. Ginter, Esq
Applicant's signature

*Revised 9/19/13*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Benjamin J. Ginter, Esq<br>34 Forest Ave<br>Cranford, NJ 07016<br>T: 908-272-6565<br>F: 484-214-0310<br>Attorney for Debtor | |
| In Re:<br>Mario R. Nunez | Case No.: 17-17677<br>Chapter: 13<br>Judge: VFP |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____11.15.17_____ :

Property: _____375 Wabash Ave, Paterson, NJ 07503_____

Creditor: _____CIT Bank_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2