UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

**Order Filed on December 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mario R. Nunez

| | |
|---|---|
| Case No.: | 17-17677 |
| Chapter: | 13 |
| Judge: | VFP |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 28, 2017**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____11.15.17_____ :

Property:      375 Wabash Ave, Paterson, NJ 07503

Creditor:      CIT Bank

and a Request for

☒   Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____, and for good cause shown

❑   Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  2/1/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*