| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>    MARIO R. NUNEZ | Order Filed on January 25, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  17-17677 VFP<br><br>Hearing Date:  1/18/2018 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 25, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): MARIO R. NUNEZ

Case No.: 17-17677

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/18/2018 on notice to BENJAMIN JAMIE GINTER, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Mario R. Nunez  
    Debtor

Case No. 17-17677-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 25, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.  
db        Mario R. Nunez,    375 Wabash Ave,    Paterson, NJ  07503-1135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:  
         Benjamin Jamie Ginter    on behalf of Debtor Mario R. Nunez gintr316@aol.com  
         Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Justin  Plean    on behalf of Creditor    CITYBANK, N.A. FKAONEWEST BANK, N.A. FKA ONE WEST BANK, FSB bkyecf@rasflaw.com,    bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Madison  Wilson    on behalf of Creditor    CITYBANK, N.A. FKAONEWEST BANK, N.A. FKA ONE WEST BANK, FSB mwilson@rasflaw.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas Leonetti    on behalf of Creditor    CIT BANK, N.A. NJ_ECF_Notices@BuckleyMadole.com,    NJ_ECF_Notices@McCalla.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                          TOTAL: 7