UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
Tel: 908-272-6565
Fax: 484-214-0310
Attorney for Debtor

| In Re: | | Case No.: | 17-17677 |
|---|---|---|---|
| Mario R. Nunez | | Judge: | VFP |
| | | Chapter: | 13 |

## APPLICATION FOR EXTENSION OR
## EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____ attorney _____ in this matter. On

_____ 12/8/17 _____, a Loss Mitigation Order was entered concerning:

Property:  _____ 375 Wabash Ave, Paterson, NJ 07503 _____

Creditor:  CIT Bank _____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on _____ 2/1/18 _____.

For the reason(s) set forth below, the _____ debtor _____ hereby requests:

☑ An extension of the Loss Mitigation Period to _____ 4/1/18 _____ .

☐ Early termination of the Loss Mitigation Period, effective _____ .

Set forth the applicant's reason(s) for the above request:
Debtor continues to submit requested documents to the lender in hopes of obtaining a loan
modification.

Dated: 2/12/18 _____        /s/ Mario R. Nunez _____
                                       Applicant's signature

*Revised 9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>Mario R. Nunez | Case No.: _____17-17677_____<br><br>Chapter: _____VFP_____<br><br>Judge: _____13_____ |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/8/17_____ :

Property:    375 Wabash Ave, Paterson, NJ 07503 _____

Creditor:    CIT Bank _____

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____debtor's counsel_____ , and for good cause shown

❑    Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*