Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−17677−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario R. Nunez
   375 Wabash Ave
   Paterson, NJ 07503−1135

Social Security No.:
   xxx−xx−5823

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/18 at 11:00 AM

to consider and act upon the following:

*58* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/19/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*61* − Certification in Opposition to (related document:58 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/19/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Benjamin Jamie Ginter on behalf of Mario R. Nunez. (Ginter, Benjamin)

Dated: 2/13/18

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Mario R. Nunez  
       Debtor

Case No. 17-17677-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 13, 2018  
                    Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.
db          Mario R. Nunez,    375 Wabash Ave,    Paterson, NJ    07503-1135
cr         +CIT BANK, N.A.,    C/O Buckley Madole P.C.,    Bankruptcy Department,    99 Wood Avenue, Suite 803,      Iselin, NJ    08830,    UNITED STATES 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:
         Benjamin Jamie Ginter     on behalf of Debtor Mario R. Nunez gintr316@aol.com
         Denise E. Carlon     on behalf of Creditor     CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Justin Plean     on behalf of Creditor     CITYBANK, N.A. FKAONEWEST BANK, N.A. FKA ONE WEST BANK, FSB bkyecf@rasflaw.com,    bkyecf@rasflaw.com;ras@ecf.courtdrive.com
         Madison Wilson     on behalf of Creditor     CITYBANK, N.A. FKAONEWEST BANK, N.A. FKA ONE WEST BANK, FSB mwilson@rasflaw.com
         Marie-Ann Greenberg     magecf@magtrustee.com
         Melissa N. Licker     on behalf of Creditor     Citibank NJ_ECF_Notices@McCalla.com
         Nicholas Leonetti     on behalf of Creditor     CIT BANK, N.A. NJ_ECF_Notices@BuckleyMadole.com, NJ_ECF_Notices@McCalla.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 8