Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17677−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario R. Nunez
   375 Wabash Ave
   Paterson, NJ 07503−1135

Social Security No.:
   xxx−xx−5823

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/18 at 11:00 AM

to consider and act upon the following:

*62* − Application for Extension of Loss Mitigation Period. Filed by Benjamin Jamie Ginter on behalf of Mario R. Nunez. Objection deadline is 2/15/2018. (Ginter, Benjamin)

*65* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 2/20/2018. (Attachments: # 1 Exhibit A (Post−petition History) # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise)

Dated: 2/20/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court