Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−17677−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario R. Nunez
   375 Wabash Ave
   Paterson, NJ 07503−1135

Social Security No.:
   xxx−xx−5823

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/18 at 11:00 AM

to consider and act upon the following:

*62* − Application for Extension of Loss Mitigation Period. Filed by Benjamin Jamie Ginter on behalf of Mario R. Nunez. Objection deadline is 2/15/2018. (Ginter, Benjamin)

*65* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB. Objection deadline is 2/20/2018. (Attachments: # 1 Exhibit A (Post−petition History) # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise)

Dated: 2/20/18

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 17-17677-VFP
Mario R. Nunez                                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1               Date Rcvd: Feb 20, 2018
                              Form ID: ntchrgbk         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db              Mario R. Nunez,    375 Wabash Ave,    Paterson, NJ   07503-1135
cr             +CIT BANK, N.A.,    C/O Buckley Madole P.C.,    Bankruptcy Department,    99 Wood Avenue, Suite 803,
                 Iselin, NJ   08830,    UNITED STATES 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
              Benjamin Jamie Ginter    on behalf of Debtor Mario R. Nunez gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    CITYBANK, N.A. FKAONEWEST BANK, N.A. FKA ONE WEST BANK,
               FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Madison  Wilson    on behalf of Creditor    CITYBANK, N.A. FKAONEWEST BANK, N.A. FKA ONE WEST BANK,
               FSB mwilson@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Citibank NJ_ECF_Notices@McCalla.com
              Nicholas  Leonetti    on behalf of Creditor    CIT BANK, N.A. NJ_ECF_Notices@BuckleyMadole.com,
               NJ_ECF_Notices@McCalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8